03/27/2020 12:55:56 PM

SUIT NO. 200624
VICTORIA KEELER
VS
SAFECO INSURANCE COMPANY OF OREGON

DIVISON: C   TYPE:

PLAINTIFF'S ATTORNEY:
MORROW, JOHN MICHAEL JR
PO DRAWER 219
OPELOUSAS, LA 70571-0219
MORROW GATES & MORROW

DATE FILED: 02/11/2020

DEFENDANT'S ATTORNEY:
CANNON, LAURA C
1100 POYDRAS ST
NEW ORLEANS, LA 70163
PIPES MILES BECKMAN

SUIT STATUS: OPN

DATE AS OF: 03/27/2020

Page: 1

| COUNT | DATE | PCODE | DESCRIPTION | PARTY | REFUNDS | COSTS | RUNNING COSTS | DEPOSITS | PAYEE | PAID_DATE | REFERENCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 02/11/2020 | 000000 | DEPOSIT - JOHN MICHAEL MORROW JR | P 1 | | | | 425.00 | 000000 | 02/11/2020 | 30917 |
| 2 | 02/11/2020 | 000124 | P-H-REP | P 1 | | -21.50 | -21.50 | | 000001 | 02/27/2020 | 65422 |
| 3 | 02/11/2020 | 000160 | JUDGES SUPPLEMENTAL COMP FUND | P 1 | | -25.50 | -47.00 | | 000026 | 02/27/2020 | 65433 |
| 4 | 02/11/2020 | 000163 | DIV C JUDICIAL EXPENSE FUND | P 1 | | -15.00 | -62.00 | | 000027 | 02/27/2020 | 65434 |
| 5 | 02/11/2020 | 000178 | CLKS POLICE JURY FEE | P 1 | | -0.75 | -62.75 | | 009173 | 02/27/2020 | 65422 |
| 6 | 02/11/2020 | 000179 | POLICE JURY FILING FEE | P 1 | | -14.25 | -77.00 | | 009173 | 02/27/2020 | 65422 |
| 7 | 02/11/2020 | 000239 | PRO BONO PROGRAM FUNDING | P 1 | | -2.85 | -79.85 | | 052855 | 02/27/2020 | 65476 |
| 8 | 02/11/2020 | 000240 | PRO BONO FUNDING CLERK | P 1 | | -0.15 | -80.00 | | 000001 | 02/27/2020 | 65422 |
| 9 | 02/11/2020 | 000241 | INDIGENT TRANSCRIPT FUND | P 1 | | -3.00 | -83.00 | | 063789 | 02/27/2020 | 65479 |
| 10 | 02/11/2020 | 000514 | SUPREME COURT REPORT | P 1 | | -1.50 | -84.50 | | 000001 | 02/27/2020 | 65422 |
| 11 | 02/11/2020 | 000518 | LA JUDICIAL COLLEGE COLLECTIONS | P 1 | | -0.50 | -85.00 | | 075978 | 02/27/2020 | 65514 |
| 12 | 02/11/2020 | 000181 | FILES & INDEX | P 1 | | -9.00 | -94.00 | | 000001 | 02/27/2020 | 65422 |
| 13 | 02/11/2020 | 000181 | PET & C/C | P 1 | | -24.00 | -118.00 | | 000001 | 02/27/2020 | 65422 |
| 14 | 02/11/2020 | 000181 | INTERROGATORIES & C/C | P 1 | | -19.00 | -137.00 | | 000001 | 02/27/2020 | 65422 |
| 15 | 02/11/2020 | 000181 | REQ FOR PROD & C/C | P 1 | | -23.00 | -160.00 | | 000001 | 02/27/2020 | 65422 |
| 16 | 02/11/2020 | 000181 | CIT | P 1 | | -20.00 | -180.00 | | 000001 | 02/27/2020 | 65422 |
| 17 | 02/12/2020 | 000145 | DUE SHERIFF E. B. R. PARISH | P 1 | | -40.08 | -220.08 | | 000008 | 02/12/2020 | 65366 |
| 18 | 02/12/2020 | 000181 | POSTAGE | P 1 | | -1.60 | -221.68 | | 000001 | 02/27/2020 | 65422 |
| 19 | 03/06/2020 | 000181 | CLERKS RETURN FEE | D 1 | | -6.00 | -227.68 | | 000001 | 02/27/2020 | 65422 |
| 20 | 03/18/2020 | 000000 | DEPOSIT - LAURA CANNON | D 1 | | | | 277.00 | 000000 | 03/18/2020 | 2098 |
| 21 | 03/18/2020 | 000181 | ANSWER | D 1 | | -14.00 | -241.68 | | 000001 | / / | |
| 22 | 03/18/2020 | 000181 | JURY ORDER; C/C | D 1 | | -12.00 | -253.68 | | 000001 | / / | |
| 23 | 03/18/2020 | 000181 | CIVIL FEE (JURY ORDER) | D 1 | | -150.00 | -403.68 | | 000001 | / / | |
| 24 | 03/18/2020 | 000181 | REQUEST FOR NOTICE; | D 1 | | -6.00 | -409.68 | | 000001 | / / | |
| 25 | 03/18/2020 | 000181 | C/MAIL | D 1 | | -7.45 | -417.13 | | 000001 | / / | |
| 26 | 03/18/2020 | 000181 | ATTY NOTIFIED | D 1 | | -3.00 | -420.13 | | 000001 | / / | |

# EXHIBIT

## A

## LEDGER BALANCE

| | | |
|---|---|---|
| Deposits | 702.00 | |
| PrePaid Deposits | 0.00 | |
| Total Deposits | | 702.00 |
| Costs | -420.13 | |
| PrePaid Costs | 0.00 | |
| Total Costs | | -420.13 |
| Refunds | | 0.00 |
| Ledger Balance | | 281.87 |
| Escrows | | 0.00 |

## CASH BALANCE

| | | |
|---|---|---|
| Deposits | 702.00 | |
| PrePaid Deposits | 0.00 | |
| Total Deposits | | 702.00 |
| Costs | -221.68 | |
| PrePaid Costs | 0.00 | |
| Total Costs | | -221.68 |
| Refunds | | 0.00 |
| Cash Balance | | 480.32 |
| Escrows | | 0.00 |

03/27/2020 12:55:57 PM

PARTY SUMMARY REPORT

SUIT NO. 200624

VICTORIA KEELER

VS

SAFECO INSURANCE COMPANY OF OREGON

SUIT STATUS: OPN

Page: 1

DIVISON: C    TYPE:

DATE FILED: 02/11/2020    DATE AS OF: 03/27/2020

| PARTY # | NAME | ATTORNEY NAME | DEPOSIT | PREPAID DEPOSIT | COST | PREPAID COST | REFUNDS | BALANCE |
|---|---|---|---|---|---|---|---|---|
| D 1 | SAFECO INSURANCE COMPANY OF | CANNON, LAURA C | 277.00 | 0.00 | -192.45 | 0.00 | 0.00 | 84.55 |
| P 1 | KEELER    VICTORIA | MORROW, JOHN MICHAEL  JR | 425.00 | 0.00 | -227.68 | 0.00 | 0.00 | 197.32 |
| | | | 702.00 | 0.00 | -420.13 | 0.00 | 0.00 | 281.87 |

STEPHEN M. MORROW
smm@mgmlawllc.com

JAMES S. GATES
jg@mgmlawllc.com

JOHN MICHAEL MORROW, JR.
jm@mgmlawllc.com

WILLIAM P. MORROW
wpm@mgmlawllc.com



613 SOUTH MAIN STREET
POST OFFICE DRAWER 219
OPELOUSAS, LA 70571-0219

PHONE (337) 942-6529
TOLL FREE (866) 942-6529
FAX (337) 948-4364

www.mgmlawllc.com

February 06, 2020

Hon. Charles Jagneaux
Clerk of Court
P.O. Box 750
Opelousas, LA 70570

**VIA HAND DELIVERY**

02/11/20 08:42:36
ST LANDRY CLERK OF COURT

Re:     Victoria Keeler
        vs.
        Safeco Insurance Company of Oregon, et al
        27th Judicial District Court

Dear Mr. Jagneaux:

Enclosed please find an original and three (3) copies of the Petition for Damages, Interrogatories, Requests for Admissions, and Requests for Production of Documents, which I would appreciate you filing into the record and returning a certified filed, stamped copy to the undersigned.

Enclosed is my firm's check in the amount of $400.00 for filing fees associated herewith. Also, I have enclosed my firm's check in the amount of $50.00 made payable to the Secretary of State for service made through them.

With kind regards, I remain,

Sincerely yours,

Morrow, Gates & Morrow, LLC

John Michael Morrow, Jr.

JMM, Jr./hcs
Enclosures

cc:     Danielle Lucas *(Via Facsimile - Claim No.: 040138123-01)*

**VICTORIA KEELER**

**VERSUS**

**SAFECO INSURANCE COMPANY OF OREGON**

DOCKET NO. 20·C·0624·C

27TH JUDICIAL DISTRICT COURT

ST. LANDRY PARISH, LOUISIANA

---

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, comes Plaintiff, **VICTORIA KEELER**, resident of and domiciled in St. Landry Parish, Louisiana, who respectfully represents as follows:

02/11/20 08:42:40
ST LANDRY CLERK OF COURT

1.

Made Defendants herein are:

1.    ***SAFECO INSURANCE COMPANY OF OREGON***, as the UM and medical payments carrier for Victoria Keeler, a foreign insurance company authorized to do and doing business in the State of Louisiana, who may be served through: Louisiana Secretary of State, 8585 Archives Ave., Baton Rouge, LA 70809.

who is liable unto your Petitioner, in the following respects:

2.

On or about April 19, 2019, Petitioner, **VICTORIA KEELER**, was operating Jennifer Keeler's vehicle with permission northbound on Highway 167 in St. Landry Parish, Louisiana. Suddenly, and without warning, a vehicle owned and operated by Joshua Lalonde, rear ended the vehicle Petitioner, **VICTORIA KEELER**, was operating, resulting in damages sued upon herein.

3.

The accident and collision described above was caused by the concurrent negligence and/or fault of Joshua Lalonde which consisted primarily of, but is not limited to, the following non-exclusive particulars, to wit:

1.    Careless operation;

2.    Rear ending the vehicle Petitioner was operating;

3.    Failing to keep a proper lookout; and

4.    Violating numerous Louisiana Revised Statutes, in particular Title 32, the Highway and Regulatory Act, regarding the vehicle he was

St. Landry Parish Clerk of Court's Office

Filed _____ 2-11 _____ 20 20 .

By: Clerk

operating at the time of the subject accident.

4.

As a result of the negligence of Joshua Lalonde, Plaintiff, **VICTORIA KEELER,** sustained injuries to her cervical spine and a lumbar herniated disc with annular tear, as well as other injuries to be proven at the trial on the merits.

5.

It is alleged that **VICTORIA KEELER** seeks damages for past, present and future physical and mental pain and suffering, medical expenses, loss of enjoyment of life and physical disability. Plaintiff seeks damages for these categories in an amount deemed to be reasonable in the premises. The damages sought exceed the minimum jurisdictional requirements of this Court. Said damages do exceed $50,000.00, exclusive of interest and costs.

6.

Prior to this accident, it is alleged that **SAFECO INSURANCE COMPANY OF OREGON** issued a policy of uninsured/underinsured insurance coverage to your Petitioner, **VICTORIA KEELER.** Said policy was in full force and effect on the date of the subject accident providing for liability coverage to the Plaintiff for damages sued upon herein. It is alleged that **JOSHUA LALONDE** was underinsured.

7.

It is alleged that Defendant, **SAFECO INSURANCE COMPANY OF OREGON,** has been arbitrary capricious and subjected themselves to penalties and attorney fees for failure to tender UM proceeds pursuant to the UM policy insuring Petitioner, **VICTORIA KEELER.**

**WHEREFORE,** Plaintiff, **VICTORIA KEELER,** prays:

I.    That each defendant be served with a copy of this Petition for Damages and be cited to answer within the time provided by law;

II.    That after due proceedings are had, there be a judgment rendered herein in favor of Plaintiff, **VICTORIA KEELER,** and against Defendant, **SAFECO INSURANCE COMPANY OF OREGON,** in an amount

        reasonable in the premises, plus legal interest thereon from the date of judicial demand until paid and for all costs of these proceedings;

III.    Penalties and attorney fees against defendant, **SAFECO INSURANCE COMPANY OF OREGON**, all in accordance with Louisiana Law; and

IV.    For all other general and equitable relief to which Plaintiff is entitled under the law.

Respectfully submitted:

MORROW, GATES & MORROW, L.L.C.

BY: _____

JOHN MICHAEL MORROW, JR. (Bar Roll No. 26091)
613 S. Main Street
P.O. Drawer 219
Opelousas, LA 70571-0219
Telephone: (337) 942-6529
Facsimile: (337) 948-4364
Email: jm@mgmlawllc.com
**Attorneys for VICTORIA KEELER**

_**PLEASE SERVE:**_

1. _**SAFECO INSURANCE COMPANY OF OREGON**_,
   as the UM and medical payments carrier for Victoria Keeler,
   Through its agent for service of process:
   Louisiana Secretary of State
   8585 Archives Ave.
   Baton Rouge, LA 70809

St. Landry Parish Clerk of Court's Office
Filed February 11 20 20
Dy. Clerk

VICTORIA KEELER

DOCKET NO. 20-C-0624-C

VERSUS

27TH JUDICIAL DISTRICT COURT

SAFECO INSURANCE COMPANY OF
OREGON

ST. LANDRY PARISH, LOUISIANA

---

## REQUEST FOR NOTICE OF TRIAL DATE, ETC.

TO THE CLERK of the 27th Judicial District in and for the Parish of St. Landry,

State of Louisiana:

PLEASE TAKE NOTICE that the firm of **MORROW, GATES & MORROW,**

**LLC,** attorneys for Plaintiff, **VICTORIA KEELER,** does hereby request written notice

of the date of trial of the above matter, as well as notice of hearings (whether on merits or

otherwise), orders, judgment and interlocutory decrees, and any and all formal steps taken

by the parties herein, the Judge or any member of the Court, as provided in the Louisiana

Code of Civil Procedure.

Respectfully submitted:

MORROW, GATES & MORROW, L.L.C.

BY: _____

JOHN MICHAEL MORROW, JR. (Bar Roll No. 26091)
611 S. Main Street
P.O. Drawer 219
Opelousas, LA 70571-0219
Telephone: (337) 942-6529
Facsimile: (337) 948-4364
Email: jm@mgmlawllc.com
**Attorneys for VICTORIA KEELER**

St. Landry Parish Clerk of Court's Office

Filed February 11 20 20

Dy. Clerk

VICTORIA KEELER

DOCKET NO. 20C -0624-C

VERSUS

27TH JUDICIAL DISTRICT COURT

SAFECO INSURANCE COMPANY OF OREGON

ST. LANDRY PARISH, LOUISIANA

---

## PLAINTIFF'S INTERROGATORIES PROPOUNDED TO THE DEFENDANT, SAFECO INSURANCE COMPANY OF OREGON

1. *SAFECO INSURANCE COMPANY OF OREGON,*
   as the UM and medical payments carrier for Victoria Keeler,
   Through its agent for service of process:
   Louisiana Secretary of State
   8585 Archives Ave.
   Baton Rouge, LA 70809

   **NOW INTO COURT,** through undersigned counsel, comes Petitioner, **VICTORIA KEELER,** and pursuant to the provisions of the Louisiana Code of Civil Procedure, propounds these Interrogatories to be answered separately and fully, in writing, under oath, within the time delays allowed by law:

### DEFINITIONS

As used herein, the following definitions shall apply:

1. The terms "you", "your" and "yours" shall refer to **SAFECO INSURANCE COMPANY OF OREGON,** including without limitation, all present or former investigators, insurance adjusters, attorneys, employees, agents, or representatives, or anyone acting or purporting to act on your behalf, for any purpose whatsoever.

2. The terms "person" and "persons" shall mean any natural person, corporation, partnership, sole proprietorship, governmental agency, insurance company or association of any nature.

3. The terms "incident" or "incidents" shall mean the alleged factual circumstances which form the basis of this litigation.

4. The term "document" or "documents" shall mean any written, recorded, taped or graphic matter, however produced or reproduced, and all attachments and

appendices thereto whether now or formerly in your actual or constructive possession, custody or control.

5. The terms "identify" or "identification" and "describe" or "description"

     a)    when used in reference to an individually or natural person, shall mean to state his full name, present or last known residence, business affiliation, job title and business address;

     b)    when used in reference to an entity other than an individual or natural person, shall mean to state its full name, the nature of its organizational form (e.g., corporation, general partnership, limited partnership, etc.), its present or last known street and mailing address, the state or other jurisdiction in or under which it is incorporated or organized, and the state or other jurisdiction in which it is doing or transacting business;

     c)    when used in reference to any oral communication, or other communication, shall mean to state exactly what was said, where, when, by whom, and the names of each person present.

## INSTRUCTIONS

1. These interrogatories and requests shall be deemed continuing so as to require you to serve supplemental answers upon the attorney of record for plaintiff herein.

2. For any interrogatory or request you refuse to answer in whole or in part, for any reason, please state the grounds for your refusal to answer. Where you believe a complete answer to a particular interrogatory or request or part thereof is not possible, please answer the interrogatory or request to the fullest extent possible and state the reasons for your inability to answer further.

## INTERROGATORIES

**INTERROGATORY NO. 1:**

Please state the name, last known address, telephone number, employer and job title of all persons known or believed to be an eyewitness to the accident or who have knowledge regarding the facts and/or circumstances of this accident.

**INTERROGATORY NO. 2:**

Please identify all witnesses, including medical and non-medical experts, whom you intend to or may call at the trial of this matter, and please describe in detail the nature of the testimony expected to be given. For each witness you may call at trial, please state the subject matter on which the witness is expected to testify, the findings and opinions to which any expert is expected to testify, and a summary of the grounds for each opinion.

**INTERROGATORY NO. 3**

Identify each expert you have retained or specially employed in anticipation of litigation for consultation or in preparation for trial, and whom you do <u>not</u> expect to call as a witness at trial.

**INTERROGATORY NO. 4:**

Identify all documentary evidence, physical evidence and/or other exhibits which you intend to or may use or introduce into evidence at the trial of this matter.

**INTERROGATORY NO. 5:**

Has the plaintiff given written, recorded, oral, or any other type of statement? If so, please attach a copy of same to your answers to these Interrogatories.

**INTERROGATORY NO. 6:**

Give the name, last known address, and telephone number, place of employment and job title, of each and every person who gave a written or oral statement to you or any of your representatives, concerning the incident sued upon herein or any issue in this lawsuit, the date given, and provide the name, address, and telephone number of the person in possession of or having control of any written, transcribed or recorded statements.

**INTERROGATORY NO. 7:**

Have you sought what is commonly known as an index check of the plaintiff herein or have you sought to obtain information from any bureau, agency or from any other source concerning any possible prior or subsequent accidents or injuries concerning the plaintiff herein? If so, please give the nature of the information obtained, the name of the document, the length of the index or report (number of pages), the present custodian of the document, investigator, and by whom it was procured.

**INTERROGATORY NO. 8:**

Please state whether you or anyone else, whether or not acting on your behalf, has conducted an investigation of or experiments in connection with the incident, or its causes, which forms the basis of this suit. If so, state the name and last known address of each person who participated in the investigation or experiment, whether the results of such investigation or experiment were reported orally or in written form, to whom the results were reported, and the date or dates of any and all written or oral reports rendered by each such investigator.

**INTERROGATORY NO. 9:**

Do you or any agent or employee of the defendant have in their possession any surveys, diagrams, photographs, slides, video tapes, motion pictures, drawings or other documents depicting the scene of the accident and/or any of the vehicles involved? If so, describe the nature of each of such items in defendant's possession. If you answer in the affirmative, please state the number of photographs, slides, video tapes or motion pictures, a general description of their contents, the name and address of the photographer, the date of the photographs, slides, video tapes or motion pictures were taken, and the name and address of the present custodian thereof.

**INTERROGATORY NO. 10:**

Please describe in full detail how the accident sued upon herein happened, giving all events in detail and in the order in which they occurred, before, at the time of, or after the occurrence, which had any bearing on the cause and manner of the accident.

**INTERROGATORY NO. 11:**

Do you contend that the plaintiff, or any other person, was in any way contributorily or comparatively negligent or at fault in causing the subject accident? If so, please give all specific facts or circumstances leading to your conclusion and specifically list all witnesses and/or documentary evidence to support this conclusion.

**INTERROGATORY NO. 12:**

Describe any accident reports or incident reports in connection with this accident, who prepared any such report, and the date of the report.

**INTERROGATORY NO. 13:**

Please state the name, last known address, telephone number, employer and job title of each person responding to these Interrogatories (not the person or attorney of record preparing these responses, but the person who provided any factual information responsive to these interrogatories).

**INTERROGATORY NO. 14:**

Have you or anyone to your knowledge attempted or actually undertaken any surveillance activity with regard to the plaintiff herein?

**INTERROGATORY NO. 15:**

If your answer to Interrogatory No. 14 is affirmative:

a.    Identify fully by name, last known address, telephone number, employer and relationship to you, all persons involved in each and every surveillance activity described hereinabove;

b.    Identify each calendar day and the amount of time expended therein during which surveillance was either attempted or actually undertaken;

c.    Identify fully the mechanism by which each of the aforesaid surveillance activities was attempted and/or undertaken (i.e. photographs, video, etc.);

d.    Identify fully the custodian of any video tapes, photographic evidence, movie films, negatives, written records or any other such materials or documentation resulting from each of the aforesaid surveillance activities.

**INTERROGATORY NO. 16:**

Please list each and every insurer, whether it be personal, business, or commercial liability insurer, providing primary, excess, uninsured/underinsured motorist, or umbrella coverage, or certificate of self insurance, insuring or arguably insuring plaintiff herein and/or any defendant for damages arising from the accident sued upon, which were in full force and effect on the date of the accident sued upon herein. Please state all applicable policy limits, effective dates of coverage and any exclusions or endorsements upon which a coverage defense is asserted.

**INTERROGATORY NO. 17:**

    Please provide the name and address of Danielle Lucas's supervisor and/or manager and/or any Safeco Insurance Company of Oregon personnel who has decided not the tender monies to Petitioner, **VICTORIA KEELER**.

    Respectfully submitted:

    MORROW, GATES & MORROW, L.L.C.

BY: _____

    JOHN MICHAEL MORROW, JR. (Bar Roll No. 26091)
    613 S. Main Street
    P.O. Drawer 219
    Opelousas, LA 70571-0219
    Telephone: (337) 942-6529
    Facsimile: (337) 948-4364
    Email: jm@mgmlawllc.com
    **Attorneys for VICTORIA KEELER**

St. Landry Parish Clerk of Court's Office
Filed February 11 28 20

By. Clerk

VICTORIA KEELER

VERSUS

SAFECO INSURANCE COMPANY OF
OREGON

DOCKET NO. 20 ( - 06 2-4-C

27TH JUDICIAL DISTRICT COURT

ST. LANDRY PARISH, LOUISIANA

---

### PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS PROPOUNDED TO THE DEFENDANT, SAFECO INSURANCE COMPANY OF OREGON

1.    **_SAFECO INSURANCE COMPANY OF OREGON,_**
     as the UM and medical payments carrier for Victoria Keeler,
     Through its agent for service of process:
     Louisiana Secretary of State
     8585 Archives Ave.
     Baton Rouge, LA 70809

     **NOW INTO COURT,** through undersigned counsel, comes Petitioner, **VICTORIA**

**KEELER,** and pursuant to the provisions of the Louisiana Code of Civil Procedure,

propounds these Requests for Production of Documents to be answered separately and fully,

in writing, under oath, within the time delays allowed by law:

### DEFINITIONS

As used herein, the following definitions shall apply:

1.    The terms "you", "your" and "yours" shall refer to **SAFECO INSURANCE**

     **COMPANY OF OREGON,** including without limitation, all present or

     former investigators, insurance adjusters, attorneys, employees, agents, or

     representatives, or anyone acting or purporting to act on your behalf, for any

     purpose whatsoever.

2.    The terms "person" and "persons" shall mean any natural person, corporation,

     partnership, sole proprietorship, governmental agency, insurance company or

     association of any nature.

3.    The terms "incident" or "incidents" shall mean the alleged factual

     circumstances which form the basis of this litigation.

4.    The term "document" or "documents" shall mean any written, recorded, taped

     or graphic matter, however produced or reproduced, and all attachments and

appendices thereto whether now or formerly in your actual or constructive possession, custody or control.

5.  The terms "identify" or "identification" and "describe" or "description"

    a)    when used in reference to an individually or natural person, shall mean to state his full name, present or last known residence, business affiliation, job title and business address;

    b)    when used in reference to an entity other than an individual or natural person, shall mean to state its full name, the nature of its organizational form (e.g., corporation, general partnership, limited partnership, etc.), its present or last known street and mailing address, the state or other jurisdiction in or under which it is incorporated or organized, and the state or other jurisdiction in which it is doing or transacting business;

    c)    when used in reference to any oral communication, or other communication, shall mean to state exactly what was said, where, when, by whom, and the names of each person present.

## INSTRUCTIONS

1.  These interrogatories and requests shall be deemed continuing so as to require you to serve supplemental answers upon the attorney of record for plaintiff herein.

2.  For any interrogatory or request you refuse to answer in whole or in part, for any reason, please state the grounds for your refusal to answer. Where you believe a complete answer to a particular interrogatory or request or part thereof is not possible, please answer the interrogatory or request to the fullest extent possible and state the reasons for your inability to answer further.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

### REQUEST NO. 1:

Please produce all documents which you relied upon in answering the above Interrogatories Numbers 1 through 16, and all additional documents specifically identified, referred to or requested herein.

**REQUEST NO. 2:**

Please produce a copy of the curriculum vitae and/or resume of any and all experts identified in the above interrogatories.

**REQUEST NO. 3:**

Please produce copies of any and all reports or written opinions prepared or submitted by any and all expert witnesses you have consulted in this matter, or from whom you intend to or may elicit an opinion or other testimony.

**REQUEST NO. 4:**

Please produce or make available for reproduction all photographs, slides, illustrations, moving or video taping or filming or reproduction or other depictions of the accident scene, the plaintiff, the vehicles involved in the subject accident, and any reproduction or recreations of the accident or any portion thereof.

**REQUEST NO. 5:**

Please produce copies of all recorded statements, written statements or transcripts of any recorded statements obtained in connection with this matter.

**REQUEST NO. 6:**

Please produce any and all exhibits, photographs, video and/or documentary or demonstrative evidence, including, but not limited to, impeachment and/or rebuttal evidence (i. e. surveillance).

**REQUEST NO. 7:**

Please produce certified copies of each and every policy of insurance insuring you for liability including the declarations page, all applicable policy provisions, exclusions, and endorsements, which were in effect on the date of the accident sued upon herein.

**REQUEST NO. 8:**

Please produce any and all index reports, bureau reports, and/or other compilations of information in your possession or under your control, and/or procured by you and/or procured at your expense, concerning the plaintiff, the plaintiff's family, the plaintiff's prior medical history and conditions, prior accidents to the plaintiff, and/or any other personal

information whatsoever concerning the plaintiff or any other resident of the plaintiff household, which are in your possession or under your control.

**REQUEST NO. 9:**

Please produce any and all accident reports, incident reports, and/or any other such documentation concerning the incident sued upon herein and/or reporting of the accident to any insurer.

**REQUEST NO. 10:**

Copies of all adjuster's and other files concerning the uninsured motorists policies of insurance issued to plaintiff by defendant;

a. Copies of the contents of all adjusters' and other files relating to the investigation and evaluation of the accident, the injuries received and damages incurred in the accident, the value/evaluation of and reserves set for the claims of **VICTORIA KEELER**, all medical records and expenses received, the amount of liability coverage available through **VICTORIA KEELER and/or JENNIFER KEELER'S** policies of insurance, the persons liable or responsible for the accident of April 19, 2019, and all correspondence/notes/memoranda and other data/materials treating the subject of a UM tender in this case; and

b. A privilege log, if necessary, for all documents claimed to be privileged or for any reason non-discoverable.

**REQUEST NO. 11:**

Please produce the Colossus training manual, reference guides, and names and addresses of all people who designed Colossus.

Respectfully submitted,

MORROW, GATES & MORROW, L.L.C.

BY: _____

JOHN MICHAEL MORROW, JR. (Bar Roll No. 26091)
613 S. Main Street
P.O. Drawer 219
Opelousas, LA 70571-0219
Telephone: (337) 942-6529
Facsimile: (337) 948-4364
Email: jm@mgmlawllc.com
**Attorneys for VICTORIA KEELER**

## CITATION
### STATE OF LOUISIANA

| | |
|---|---|
| VICTORIA KEELER | 27th JUDICIAL DISTRICT COURT |
| vs | PARISH OF ST. LANDRY |
| SAFECO INSURANCE COMPANY OF OREGON | CIVIL NO. C-200624C |

TO THE DEFENDANT____SAFECO INSURANCE COMPANY OF OREGON, AS THE UM AND MEDICAL PAYMENTS CARRIER FOR VICTORIA KEELER, THROUGH IT AGENT FOR SERVICE OF PROCESS, LOUISIANA SECRETARY OF STATE, 8585 ARCHIVES AVE., BATON ROUGE, LA.

You are hereby summoned to comply with the demand INTERROGATORIES and REQUEST FOR PRODUCTION contained in the petition/of which a true and correct copy

(exclusive of exhibits) accompanies this citation, or make

an appearance,either by filing a pleading or otherwise, in

the 27th Judicial District Court in and for the Parish of

St. Landry, State of Louisiana, within fifteen (15) days

after the service hereof,under penalty of default.

Witness the Honorable the Judges of said Court, this ___11___

day of___FEBRUARY_____, A. D. 2020.

Issued and delivered_____February 12, 2020____

_____
Deputy Clerk of Court

REQUESTED BY: JOHN MICHAEL MORROW_____

CITATION
STATE OF LOUISIANA

VICTORIA KEELER                          27th JUDICIAL DISTRICT COURT

vs                                       PARISH OF ST. LANDRY

SAFECO INSURANCE COMPANY                 CIVIL NO. C-200624C
OF OREGON


TO THE DEFENDANT   SAFECO INSURANCE COMPANY OF OREGON, AS THE UM AND
MEDICAL PAYMENTS CARRIER FOR VICTORIA KEELER, THROUGH IT AGENT FOR
SERVICE OF PROCESS, LOUISIANA SECRETARY OF STATE, 8585 ARCHIVES AVE.,
BATON ROUGE, LA.

     You are hereby summoned to comply with the demand
          INTERROGATORIES and REQUEST FOR PRODUCTION
contained in the petition/of which a true and correct copy

(exclusive of exhibits) accompanies this citation, or make

an appearance,either by filing a pleading or otherwise, in

the 27th Judicial District Court in and for the Parish of

St. Landry, State of Louisiana, within fifteen (15) days

after the service hereof,under penalty of default.

     Witness the Honorable the Judges of said Court, this ___11___

day of___FEBRUARY_____, A. D. 2020.


Issued and delivered_____February 12, 2020____


                              _____
                              Deputy Clerk of Court



REQUESTED BY: JOHN MICHAEL MORROW_____

**APPENDIX 9.6**
## LOUISIANA CIVIL CASE REPORTING
**Civil Case Cover Sheet - LA. R.S. 13:4688, Part G, §13 of the Louisiana Supreme Court General Administrative Rules, and Appendix 9.6 of the Louisiana District Court Rules**

This civil case cover sheet shall be completed by counsel for the petitioner, counsel's authorized representative, or by the self-represented litigant (if not represented by counsel) and submitted with the original petition filed with the court. The information should be the best available at the time of filing. This information does not constitute a discovery request, response or supplementation, and is not admissible at trial.

**Suit Caption:**

Victoria Keeler     vs.   Safeco Ins. Co. of Oregon

**Court:** Civil     **Docket Number:** 20-(-0624-C

**Parish of Filing:** St. Landry     **Filing Date:** 2/11/2020

**Name of Lead Petitioner's Attorney:** John Michael Morrow, Jr.

**Name of Self-Represented Litigant:** _____

**Number of named petitioners:** 1     **Number of named defendants:** 1

**Type of Lawsuit: Please check the categories which most appropriately apply to this suit (no more than 3 categories should be checked):**

✓ Auto: Personal Injury
___ Auto: Wrongful Death
___ Asbestos: Property Damage
___ Product Liability
___ Intentional Bodily Injury
___ Intentional Wrongful Death
___ Business Tort
___ Defamation
___ Environmental Tort
___ Intellectual Property
___ Legal Malpractice
___ Other Professional Malpractice
___ Maritime
___ Wrongful Death
___ General Negligence

___ Auto: Property Damage
✓ Auto: Uninsured Motorist
___ Asbestos: Personal Injury/Death
___ Premise Liability
___ Intentional Property Damage
___ Unfair Business Practice
___ Fraud
___ Professional Negligence
___ Medical Malpractice
___ Toxic Tort
___ Other Tort (describe below)
___ Redhibition
___ Class action (nature of case)

**Please briefly describe the nature of the litigation in one sentence of additional detail:**

Auto Accident

Following the completion of this form by counsel, counsel's representative, or by the self-represented litigant, this document will be submitted to the Office of the Judicial Administrator, Supreme Court of Louisiana, by the Clerk of Court.

Name, address and contact information of person completing form:

**Name** Hannah Schexnayder     **Signature** H. Schexnayder

**Address** 1013 S. Main St., Opelousas, LA 70570

**Phone number:** 337-942-6529     **E-mail address:** hannah@mgmlawllc.com

## CITATION
### STATE OF LOUISIANA

| | |
|---|---|
| **VICTORIA KEELER** | **27th JUDICIAL DISTRICT COURT** |
| **vs** | **PARISH OF ST. LANDRY** |
| **SAFECO INSURANCE COMPANY OF OREGON** | **CIVIL NO. C-200624C** |

**TO THE DEFENDANT  SAFECO INSURANCE COMPANY OF OREGON, AS THE UM AND MEDICAL PAYMENTS CARRIER FOR VICTORIA KEELER, THROUGH IT AGENT FOR SERVICE OF PROCESS, LOUISIANA SECRETARY OF STATE, 8585 ARCHIVES AVE., BATON ROUGE, LA.**

You are hereby summoned to comply with the demand INTERROGATORIES and REQUEST FOR PRODUCTION contained in the petition/of which a true and correct copy (exclusive of exhibits) accompanies this citation, or make an appearance, either by filing a pleading or otherwise, in the 27th Judicial District Court in and for the Parish of St. Landry, State of Louisiana, within fifteen (15) days after the service hereof, under penalty of default.

Witness the Honorable the Judges of said Court, this ___11___ day of___FEBRUARY_____, A. D. 2020.

Issued and delivered_____February 12, 2020_____

_____
Deputy Clerk of Court

**REQUESTED BY: JOHN MICHAEL MORROW** _____

I made service on the named party through the
Office of the Secretary of State on

FEB 27 2020

by tendering a copy of this document to
KATHY DARDEN
DY. E. CUMMINS #1155
Deputy Sheriff, Parish of East Baton Rouge, Louisiana

RETURNED AND FILED 3/6/20

Deputy Clerk of Court

## PIPES · MILES · BECKMAN LLC

LAURA C. CANNON
DIRECT DIAL: (504) 322-7228
FACSIMILE: (504) 322-7520
E-MAIL: lcannon@pipesmiles.com

OUR FILE NO.
0548-1732

March 13, 2020

**VIA FAX (337-948-1653)**
**AND U.S. MAIL DELIVERY**

Clerk of Court
27th JDC, St. Landry Parish
P.O. Box 750
Opelousas, LA 70571

Re:     *Victoria Keeler v. Safeco Ins. Co. of Oregon*
        No. 20-C-0624, Div. C; 27th JDC, St. Landry Parish

Dear Clerk:

Enclosed please find the original and one copy of Safeco Insurance Company of Oregon's (1) Affirmative Defenses and Answer to Petition with proposed Jury Bond Order and (2) Request for Notice for filing in the above-identified matter. Also enclosed is our check for filing fees.

Please file-stamp the copy and return in the enclosed self-addressed stamped envelope.

Best Regards,

Laura C. Cannon

LCC/kw
Enclosures
cc:     John Michael Morrow, Jr.
        (w/ encl.) (via email & U.S. Mail)

03/18/20 11:03:07
ST. LANDRY CLERK OF COURT

1100 POYDRAS STREET #1800 • NEW ORLEANS, LA 70163 • www.PIPESMILES.COM • (504) 322-7070
179450_1

27TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. LANDRY

STATE OF LOUISIANA

NO. 20-C-0624                                          DIVISION "C"

VICTORIA KEELER

VERSUS

SAFECO INSURANCE COMPANY OF OREGON

FILED:_____          _____
                                        DEPUTY CLERK

**SAFECO INSURANCE COMPANY OF OREGON'S**
**AFFIRMATIVE DEFENSES AND ANSWER TO PETITION**

Defendant Safeco Insurance Company of Oregon ("Safeco") responds to plaintiff

Victoria Keeler's Petition for Damages ("Petition") as follows:

03/18/20 11:03:17
ST. LANDRY CLERK OF COURT

### AFFIRMATIVE DEFENSES

#### FIRST DEFENSE

Plaintiff fails to state a claim upon which relief can be granted.

#### SECOND DEFENSE

Plaintiff's claims may be barred, in whole or in part, by her failure to mitigate

damages.

#### THIRD DEFENSE

Safeco denies that it acted arbitrarily, capriciously, or in bad faith. Safeco further

avers that at all times pertinent hereto, it acted in good faith and in compliance with all applicable

statutory law.

#### FOURTH DEFENSE

Safeco denies that it breached any statutory duties to plaintiff; however, should

plaintiff establish a violation of statutory duties, plaintiff has not suffered any real damages as a

result of said breach and/or violation of statutory duties.

#### FIFTH DEFENSE

Plaintiff has no right to recover penalties, attorneys' fees, and/or costs.

#### SIXTH DEFENSE

Plaintiff has failed to state facts sufficient to give rise to a claim against Safeco for

penalties.

1

178118_1

## SEVENTH DEFENSE

Granting the relief sought by plaintiff would unjustly enrich plaintiff.

## EIGHTH DEFENSE

Plaintiff's claims, may be barred, in whole or in part, by the doctrines of res judicata, laches, unclean hands, waiver, payment, estoppel, and/or set-off.

## NINTH DEFENSE

Safeco gives notice that it intends to invoke any other defense that may become available or appear during the subsequent proceedings in this case and hereby reserves the right to amend this response to assert any such defense.

## ANSWER

And now, responding to the specific allegations of the Petition, Safeco further states:

1.

Safeco admits that it is a foreign insurer authorized to do and doing business in the State of Louisiana. Safeco admits it provided a policy of insurance to Kyle and Jennifer S Keeler, the contents of which are the best evidence of its coverages, terms, conditions, and exclusions.

2.

Safeco denies the allegations contained in Paragraph 2 of the Petition for lack of information sufficient to justify a belief therein.

3.

Safeco denies the allegations contained in Paragraph 3 of the Petition, including all subparts, for lack of information sufficient to justify a belief therein.

4.

Safeco denies the allegations contained in Paragraph 4 of the Petition for lack of information sufficient to justify a belief therein.

5.

Paragraph 5 of the Petition contains plaintiff's jurisdictional statement as to damage, for which no response is required. To the extent that a response is required, Safeco denies that plaintiff is entitled to any relief from Safeco.

2

178118_1

6.

Paragraph 6 of the Petition contains legal conclusions as to coverage and as to the

tortfeasors' underinsured status, which require no response and which is plaintiff's burden to prove

at trial; to the extent that a response is required, denied. Safeco admits that it issued an automobile

insurance policy to Kyle and Jennifer S Keeler, which may provide certain coverage to plaintiff

and the contents of which are the best evidence of its coverages, terms, conditions, and exclusions.

7.

Safeco denies the allegations contained in Paragraph 7 of the Petition.

Safeco denies the allegations contained in the paragraph beginning

"WHEREFORE" in the Petition; plaintiff is not entitled to the relief sought.

### Jury Demand

Safeco respectfully requests a jury trial on all issues so triable.

WHEREFORE, Safeco Insurance Company of Oregon prays that its Answer and

Affirmative Defenses be deemed good and sufficient, and that after due proceedings had, this

Court render judgment in its favor, with all costs and fees assessed against plaintiff.

Respectfully submitted,

H. Minor Pipes, III, 24603
Kristin L. Beckman, 29758
Laura C. Cannon, 37059
PIPES MILES BECKMAN, LLC
1100 Poydras Street, Suite 1800
New Orleans, Louisiana 70163
Telephone: 504-322-7070
Facsimile: 504-322-7520
mpipes@pipesmiles.com
kbeckman@pipesmiles.com
lcannon@pipesmiles.com

*Attorneys for Safeco Insurance Company of
Oregon*

St Landry Parish Clerk of Court's Office

Filed 3 - 18 20 20

Dy. Clerk

### CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all

counsel by electronic mail, facsimile or by United States Mail, postage prepaid and properly

addressed, this 18th day of March, 2020.

3

178118_1

27TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. LANDRY

STATE OF LOUISIANA

NO. 20-C-0624                             DIVISION "C"

VICTORIA KEELER

VERSUS

SAFECO INSURANCE COMPANY OF OREGON

FILED: _____     _____

                                    DEPUTY CLERK

### JURY BOND ORDER

In accordance with Louisiana Code of Civil Procedure article 1734.1, in lieu of the bond required in Louisiana Code of Civil Procedure article 1734, the mover (Safeco Insurance Company of Oregon) for a jury bond shall deposit $ 2,000 Cash for the first day and $ *per Day one & $500 A/Day* for each additional day the trial is estimated to last. *thereafter posted not later than 20 days prior to Jury Selection.* The cash deposit shall be filed with the Clerk of Court no later than _____ days prior to trial. The attorney for the mover shall present the receipt for the trial. Failure to post cash deposit shall constitute a waiver of the trial by jury.

Opelousas, Louisiana this _20_ day of _March_ , 2020.

_____

JUDGE ALONZO HARRIS

St. Landry Parish Clerk of Court's Office

Filed _3·19_ 20 _20_

_____

Dy. Clerk

27TH JUDICIAL DISTRICT COURT FOR THE PARISH OF ST. LANDRY

STATE OF LOUISIANA

NO. 20-C-0624

DIVISION "C"

VICTORIA KEELER

VERSUS

SAFECO INSURANCE COMPANY OF OREGON

FILED:_____          _____
                                                                          DEPUTY CLERK

## REQUEST FOR NOTICE

Defendant Safeco Insurance Company of Oregon, pursuant to Louisiana Code of
Civil Procedure article 1572, moves this Court for written notice at least ten (10) days in advance
of the date fixed for a trial or hearing of any exception, motion, rule or trial on the merits in the
above captioned proceeding and, pursuant to Louisiana Code of Civil Procedure articles 1913 and
1914, requests immediate notice of all interlocutory and final orders and judgments on any
exceptions, motions, rules, or the trial on the merits in the above-captioned proceeding.

Respectfully submitted,

H. Minor Pipes, III, 24603
Kristin L. Beckman, 29758
Laura C. Cannon, 37059
PIPES MILES BECKMAN, LLC
1100 Poydras Street, Suite 1800
New Orleans, Louisiana 70163
Telephone:  504-322-7070
Facsimile:  504-322-7520
mpipes@pipesmiles.com
kbeckman@pipesmiles.com
lcannon@pipesmiles.com
*Attorneys for Safeco Insurance Company of
Oregon*

St Landry Parish Clerk of Court's Office
Filed  3- 19 20 20
Lacie Savage
Dy. Clerk

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing has been served upon all
counsel by electronic mail, facsimile or by United States Mail, postage prepaid and properly
addressed, this 13th day of March, 2020.

179448_1

Case 6:20-cv-00401-MJJ-PJH   Document 1-2   Filed 03/30/20   Page 29 of 30 PageID #:  36



Mailed 3.26.20

CHARLES JAGNEAUX
ST LANDRY PARISH CLERK OF COURT
P.O. BOX 750
OPELOUSAS, LA 70570

Laura Cannon
1400 Poydras St. #1200
New Orleans, LA 70103

**CHARLES JAGNEAUX**
CLERK OF COURT
ST. LANDRY PARISH
P.O. BOX 750
OPELOUSAS, LOUISIANA 70571-0750

John Michael Morrow
PO Drawer 219
Opelousas, LA 70570